446 A.2d 702

Commonwealth, Appellant v. Kyle.

Argued April 1, 1980. David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellant; Alan Schnoll, for appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Order affirmed.

446 A.2d 702

Commonwealth v. Lopez, Appellant.

Submitted January 25, 1982. David Zwanetz, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.